No. 92–7256. PARMALEE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–7282. BEREGUETE *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari denied.

No. 92–7301. CONNOR *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–7324. JACKSON, AKA MCELHANNON *v.* UNITED STATES; and
No. 92–7450. ROBINSON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Reported below: 978 F. 2d 1554.

No. 92–7341. THOMAS-MAHEIA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–7362. NILSEN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–7365. RUMNEY *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 92–7399. GILLIAM *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–7412. ROLEY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–7421. ADAMS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–7425. DUEST *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 92–7438. MENDEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–7451. MATTIS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–7471. WILSON *v.* KENTUCKY. Sup. Ct. Ky. Certiorari denied.